IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 2:21-CR-85 |
| DONALD VARGO | 18 U.S.C. § 1708 |

**INFORMATION**

COUNT ONE

FILED
MAR 01 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

The United States Attorney charges:

On or about December 23, 2016, in the Western District of Pennsylvania, the defendant, DONALD VARGO, did attempt to abstract and to remove certain articles and things contained therein, namely letters and other mail, from and out of a United States mail authorized mail receptacle located at 251 Ridge Road, Zelienople, Pennsylvania 16063.

In violation of Title 18, United States Code, Section 1708.

## COUNT TWO

The United States Attorney further charges:

On or about December 27, 2016, in the Western District of Pennsylvania, the defendant, DONALD VARGO, did attempt to abstract and remove certain articles and things contained therein, namely letters and other mail, from and out of a United States mail authorized mail receptacle located at 100 Coverdale Road, Butler, PA 16001.

In violation of Title 18, United States Code, Section 1708.

_____
STEPHEN R. KAUFMAN
Acting United States Attorney
PA ID No. 42108