2:21-CR-85

## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__  Erie _____  Johnstown _____

Related to No. _____  Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. _X_ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: DONALD VARGO

Is indictment waived:            _X_ Yes        ____ No

Pretrial Diversion:              ____ Yes       _X_ No

Juvenile proceeding:             ____ Yes       _X_ No

Defendant is:                    _X_ Male       ____ Female

Superseding indictment or information   ____ Yes    _X_ No

Previous case number: _____

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
____ Dismissed on governments' motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred: Butler County

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant: ____ is in custody    X   is not in custody

Name of Institution: _____

Custody is on: ____ this charge    ____ another charge

                                        ____ another conviction

                                ____ State    ____ Federal

Detainer filed: ____ yes    ____ no

Date detainer filed: _____

Total defendants: 1

Total counts: 2

Data below applies to defendant No.: 1

Defendant's name: DONALD VARGO

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 and 2 | 18 U.S.C. § 1708 | Attempted Theft of Mail | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: March 1, 2021

/s/ Rebecca L. Silinski
REBECCA L. SILINSKI
Assistant U.S. Attorney
PA ID No. 320774