IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 21-85 |
| DONALD VARGO, | ) |
| Defendant. | ) |

## NOTICE REGARDING WAIVER AND PLEA HEARING

In consideration of the request by public authorities that all institutions take necessary, reasonable and prudent precautions to reduce exposure to the COVID-19 virus in order to slow the spread of the disease, including self-quarantines and "social distancing," and given the in-person nature of an as-yet to be scheduled waiver and plea hearing in this case, the parties are hereby advised that the Court will entertain a motion to proceed with said hearing via videoconference provided that defense counsel (with consent of Defendant to waive his physical presence) files an appropriate motion requesting same by **March 10, 2021**.  An example of said motion can be found on the Court's website at www.pawd.uscourts.gov/forms.

*W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf:  All counsel of record