```
DUPLICATE

Court Name: USDC, WESTERN DISTRICT OF PA
Division: 2
Receipt Number: 24668070028
Cashier ID: ihester
Transaction Date: 07/14/2021
Payer Name: DONALD VARGO
--------------------------------
CRIMINAL DEBT
 For: DONALD VARGO
 Case/Party: D-PAW-2-21-CR-000085-001
 Amount:        $200.00
--------------------------------
CHECK
 Check/Money Order Num: 1651
 Amt Tendered: $200.00
--------------------------------
Total Due:       $200.00
Total Tendered: $200.00
Change Amt:      $0.00

IFA
```